**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MUNCK WILSON MANDALA LLP, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-01657-M |
| MARK D. JORDAN, et al., | § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is the Motion to Join, filed by Defendants Mark D. Jordan, Laura Maczka-Jordan, JP-Banner GP, LLC, Sooner National Property Management, LP, JP Realty Partners, Ltd., and Banner Investors, LLC. ECF No. 59. Movants seek to join in the Motion to Stay Rule 26(f) Conference and to Stay Discovery (ECF No. 44), filed by Defendants Louann Hall, Scot Florsheim, and JP-Banner, LP.

The Motion (ECF No. 59) is hereby **REFERRED** to Magistrate Judge Horan for a hearing, if necessary, and recommendation or determination. This Order of Referral also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred Motion, and that relate to the United States Magistrate Judge's resolution of the Motion. All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach him without delay.

**SO ORDERED**.

November 28, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE